## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

**ARTIMUS COLLIER,**

**Petitioner,**

**v.**

**UNITED STATES OF AMERICA,**

**Respondent.**                                        **No. 10-979-DRH**

## JUDGMENT IN A CIVIL CASE

    **DECISION BY COURT.** This matter is before the Court on Petitioner's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255.

    **IT IS ORDERED AND ADJUDGED** that pursuant to the Order Dismissing Case entered by this Court on November 4, 2013 (Doc. 21), Petitioner's Motion is **DENIED** and this case is **DISMISSED** with prejudice.

        **NANCY J. ROSENSTENGEL,**
        **CLERK OF COURT**

        **BY:   s/*Sara Jennings*_____**
          **Deputy Clerk**

Dated:   November 4, 2013

Digitally signed by
David R. Herndon
Date: 2013.11.04
13:57:14 -06'00'

APPROVED:
      CHIEF JUDGE
      U. S. DISTRICT COURT